UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL and KATHRYN O. GREENBERG IMMIGRATION JUSTICE CLINIC AT THE BENJAMIN N. CARDOZO SCHOOL OF LAW,<br><br>                              Plaintiffs,<br><br>-v-<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW and U.S. DEPARTMENT OF JUSTICE,<br><br>                              Defendants. | No. 19 Civ. 1835 (DLC)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of their Motion for Summary Judgment, the Declaration of Donna Carr, the Declaration of Christopher J. Gearin, the Declaration of Brett Endres, the Declaration of Joseph R. Schaaf, and the Declaration of Crystal M. Souza, Defendants Executive Office of Immigration Review ("EOIR") and U.S. Department of Justice ("DOJ"), by their attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby move this Court pursuant to Federal Rule of Civil Procedure 56 for an order granting summary judgment in favor of Defendants EOIR and DOJ for all claims against them.

PLEASE TAKE FURTHER NOTICE that, under the briefing schedule set by the Court on May 9, 2019, *see* Dkt. No. 26, Plaintiffs must file their opposition and cross-motion for summary judgment to this motion no later than August 9, 2019, Defendants must file their reply and opposition to Plaintiffs' cross-motion no later than August 30, 2019, and Plaintiffs must file their reply no later than September 13, 2019.

Dated: New York, New York
July 19, 2019

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York,
        *Attorney for Defendants*

By:    /s/ *Joshua E. Kahane*
        JOSHUA E. KAHANE
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.   (212) 637-2699
        Fax   (212) 637-2786
        Email: joshua.kahane@usdoj.gov