UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
AMERICAN IMMIGRATION COUNCIL and        :
KATHRYN O. GREENBERG IMMIGRATION        :
JUSTICE CLINIC AT THE BENJAMIN N.       :   19cv1835(DLC)
CARDOZO SCHOOL OF LAW,                  :
                                        :   ORDER
              Plaintiffs,               :
                                        :
         -v-                            :
                                        :
EXECUTIVE OFFICE FOR IMMIGRATION        :
REVIEW and U.S. DEPARTMENT OF JUSTICE,  :
                                        :
              Defendants.               :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

An Opinion of November 15, 2019 having denied in part the defendants' motion for summary judgment, it is hereby

ORDERED that the parties are to provide a letter describing the status of the request for training materials by **December 13, 2019**.

SO ORDERED:

Dated:   New York, New York
         November 15, 2019

                                    _____
                                            DENISE COTE
                                    United States District Judge