

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020
```

March 18, 2020

**VIA ECF**
Honorable Robert W. Lehrburger
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *American Immigration Council, et al. v. EOIR, DOJ*, 19 Civ. 1835 (DLC) (RWL)

Dear Judge Lehrburger:

This office represents the government in this action brought under the Freedom of Information Act ("FOIA") in the above-referenced matter. On behalf of the parties, I write respectfully to request that the Court adjourn the telephone conference, currently scheduled for March 23, 2020 at 11:00 A.M., and the in-person settlement conference, currently scheduled for April 7, 2020 at 9:30 A.M., for at least 30 days.[1] *See* ECF Nos. 62, 63. This is the parties' first request for an adjournment of the settlement conference.

Since the parties' last joint letter motion (ECF No. 61), the plaintiffs sent their revised fee demand on February 14, 2020. In the time since, the government has been evaluating the settlement offer. The outbreak of coronavirus has considerably slowed response times from the government agency and thus the parties believe that a settlement conference at this time would be premature and an unnecessary expenditure of judicial and party resources.

We thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By:   s/ *Joshua E. Kahane*
JOSHUA E. KAHANE
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, NY 10007

---

[1] The parties do not propose specific, alternative dates at this point, given the evolving coronavirus pandemic. However, the parties warrant that they will work with Chambers, as they had done previously, to set a mutually convenient date and time for the settlement conference to occur in May 2020.

Tel: (212) 637-2699
joshua.kahane@usdoj.gov

cc: Counsel of record (via ECF)

Granted. The parties are directed to coordinate with the Courtroom Deputy to reschedule.

SO ORDERED:

_____ 3/18/2020
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE