USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN IMMIGRATION COUNCIL, et al.,

                     Plaintiffs,

- against -

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al..
                     Defendants.
-----------------------------------------------------------X

19 Civ. 01835 (DLC) (RWL)

**SETTLEMENT CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case has been referred to me for settlement. A telephone conference will be held on **April 7, 2020 at 9:30 a.m.** in advance of the Settlement Conference. The Settlement Conference will be held telephonically on **April 20, 2020 at 1:30 p.m.** For both conferences, the parties are directed to call the Chambers conference line:

    **Number:** (888) 398-2342

    **Access Code:** 9543348

The parties are instructed to review Judge Lehrburger's Individual Practices and Settlement Conference Procedures. The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in pdf fillable format as attachment to the Settlement Conference Procedures) no later than April 13, 2020 at 5 p.m.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 18, 2020
New York, New York

Copies transmitted this date to all parties of record.